**IN THE UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

| | | | |
|---|---|---|---|
| In re: | **Michael Gene Post** | ) | Bankruptcy No. **19-41414-drd13** |
| | Debtor | ) | Chapter 13 |
| | | ) | Chapter 13 |
| | **Michael Gene Post** | ) | |
| | Plaintiff | ) | Adv. Proc. No.    **19-**_____ |
| | v. | ) | |
| | **UMB Bank, National Association,** | ) | |
| | **and any future servicers, assignees** | ) | |
| | **or successors in interest** | ) | |
| | Defendant | ) | |

## COMPLAINT TO DETERMINE VALIDITY OF LIEN

**COMES NOW**, Plaintiff-Debtor, Michael Gene Post, (the "Plaintiff"), by and through Counsel, and for this Complaint to Determine Validity of Lien against Creditor-Defendant, UMB Bank, National Association, and any future servicers, assignees or successors in interest, *et. al.* (the "Defendant"), to be declared as void, state as follows:

1.     On May 31, 2019, Plaintiff filed his Petition and Plan for Chapter 13 relief, thereby giving rise to this instant Adversary proceeding.

2.     Venue and jurisdiction herein is proper pursuant to 28 U.S.C. §1334. This is a core proceeding.

3.     Plaintiff's Schedule A/B discloses his home at located at common address: 7907 East 108th Street, Kansas City, Missouri 64134, County of Jackson, (hereinafter the "Home") which is further legally described as:

> LOT 812, RUSKIN HEIGHTS, a subdivision in Kansas City, Jackson County, Missouri, according to the recorded plat thereof;
> bearing Jackson County, MO Parcel No. 63-320-06-01-00-0-00-000

4.     Plaintiff's Schedule D discloses a debt to the Defendant in the amount of $12,857.00, which is secured to the Home through by a Modification of Deed of Trust held by Defendant which was recorded with the Recorder of Deeds for Jackson County Missouri on February 4, 2015, bearing Instrument No. 2015E009953.

5.     Defendant's Modification Deed of Trust is junior to a first Deed of Trust secured to the Home in the amount of $52,319.34, and held by creditor, Quicken Loans Inc. as referenced by Proof of Claim No. 9-1.

6. Plaintiff's Home is subject to a fair market value of $44,583.00 pursuant to the 2018 tax appraisal performed by Jackson County, Missouri.  Therefore, only $44,583.00 worth of equity exists in the home, which is completely secured by the $52,319.34 owed on the first Deed of Trust held by Quicken Loans LLC, and thus no remaining equity in the Home exists to secure Defendant's junior and second Modification of Deed of Trust.

7. In light of the above findings, and pursuant to *Nobelman v. American Savings Bank*, 508 U.S. 324 (1993), Plaintiff moves the Court for a judgment determining and declaring that absolutely no equity exists in the Home to secure the lien encumbering it through Defendant's Modification of Deed of Trust, and thus Defendant's lien is declared to be void and completely unsecured against the Plaintiff's Home.

8. Plaintiff further requests that upon competition of his Chapter 13 Plan, and the Court's entry of a Discharge Order, that the Judgment sought herein shall serve as an instrument for recordation purposes with the respective county's recorder of deeds to release the Defendant's lien.

**WHEREFORE**, Plaintiff-Debtor, prays the Court for a judgment determining and declaring that the junior lien described above and held by Defendant, UMB Bank, National Association, any future servicers, assignees or successors in interest, *et. al.* on Plaintiff's Home as described above, is completely void pursuant to the terms of 11 U.S.C. § 506, thereby allowing the Defendant's claim as an allowed general unsecured non-priority claim, and for such further relief as the court deems equitable and proper.

Dated: 06/24/2019

Respectfully submitted,
WM Law

*/s/ Ryan A. Blay*

Ryan A. Blay, MO #KS001066
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR PLAINTIFF/DEBTOR