# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: MICHAEL GENE POST                                CASE NUMBER: 1941414

DEBTOR 2 NAME:

I _____ Robert J Wallace, Jr. _____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___6/28/2019___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

MICHAEL GENE POST,7907 E 108TH ST,KANSAS CITY MO 64134
QUICKEN LOANS INC,635 WOODWARD AVE,DETROIT MI 48226

By Electronic Transmittal :

By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___6/28/2019___                    Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  **MICHAEL GENE POST**

                                                        **Case No.:  19-41414-drd-13**

       **Debtor**

### TRUSTEE'S MOTION FOR ORDER REGARDING DETERMINATION OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

COMES NOW, Richard V. Fink, Chapter 13 Trustee ("trustee"), and files this Motion for Order Regarding Determination of Post-Petition Mortgage Fees, Expenses, and Charges pursuant to Fed. R. Bankr. P. 3002.1(e), and in support therefore states:

1.  On June 24, 2019, QUICKEN LOANS INC filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges ("Notice") pursuant to Fed. R. Bankr. P. 3002.1(c) (ECF Document 27).

2.  In the Notice, the creditor requests additional fees of $650.00.

3.  To date, no objections have been filed to that Notice.

4.  The trustee requests that the Court enter an order determining that the fees in the Notice are allowed and shall be paid by the trustee from plan payments as funds are available.

WHEREFORE, the trustee moves the Court for an order allowing the fees as requested in the Notice of Post-Petition Mortgage Fees, Expenses, and Charges and directing that the fees are to be paid by the trustee from plan payments as funds are available.

 

                              Respectfully submitted,

June 27, 2019

                              /s/ Richard V. Fink, Trustee

                              Richard V. Fink, Trustee
                              2345 Grand Blvd., Ste. 1200
                              Kansas City, MO 64108-2663
                              (816) 842-1031

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court, pursuant to 11 USC Section 102(1), will determine that the parties agree that the amount set out in the notice is due under the terms of the underlying note and applicable non-bankruptcy law, and will enter an Order granting the motion.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
QUICKEN LOANS INC (436997)

/s/ Richard V. Fink, Trustee

JSH      /Motion - Order - Allow Notice of Fees and Expenses