**Fill in this information to identify the case:**

Debtor 1   Michael Gene Post

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Western   District of Missouri

Case number   19-41414-drd13

---

Official Form 410S2   **Amended**

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.   **Court claim no**. (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:   2  4  8  3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes.  Date of the last notice: _____

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 06/12/2019 | (5) | $ 250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ |
| 11. Other.  Specify: Plan Review Fees | 06/12/2019 | (11) | $ 150.00 |
| 12. Other.  Specify:_____ | | (12) | $ |
| 13. Other.  Specify:_____ | | (13) | $ |
| 14. Other.  Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   Michael Gene Post
       First Name      Middle Name      Last Name

Case number (*if known*) 19-41414-drd13

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Christopher D. Lee
    Signature

Date 07/16/2019

Print:   Christopher D. Lee, #63024
      First Name      Middle Name      Last Name

Title   Attorney for Creditor

Company   Millsap & Singer, LLC

Address   612 Spirit Drive
      Number      Street
      St. Louis      MO      63005
      City      State      ZIP Code

Contact phone   636-537-0110

Email   bkty@msfirm.com

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| In The Matter Of: | ) |
| | )    Case Number 19-41414-drd13 |
| Michael Gene Post | ) |
| | ) |
| | )    Chapter 13 |
| Debtor, | ) |
| | ) |
| Quicken Loans Inc. | ) |
| | ) |
| Creditor, | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 16, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Christopher D. Lee*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Ryan A. Blay

Errin P. Stowell

Richard Fink

Office of the United States Trustee

1

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

> Michael Gene Post
> 7907 E 108th Street
> Kansas City, MO 64134