**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION (KANSAS CITY)**

| | |
|---|---|
| In re: | Case No. 19-41414-drd-13 |
| MICHAEL GENE POST | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Richard V. Fink Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/31/2019.

2) The plan was confirmed on 08/23/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/06/2021.

5) The case was dismissed on 08/31/2021.

6) Number of months from filing or conversion to last payment: 23.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,015.00.

10) Amount of unsecured claims discharged without full payment: $0.00.*

**\* The trustee has no knowledge of whether there are non-priority unsecured claim amounts included in this number that are statutorily non-dischargeable.**

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|   |   |   |
|---|---|---|
| Total paid by or on behalf of the debtor | $19,550.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$19,550.00** |

## Expenses of Administration:

|   |   |   |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,547.77 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,413.16 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,960.93** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SERVICES | Unsecured | 1,250.00 | NA | NA | $0.00 | $0.00 |
| AT&T CORP C/O AT&T SERVICES INC | Unsecured | 700.00 | 805.66 | 805.66 | $0.00 | $0.00 |
| CAPITAL ONE BANK (USA) NA | Unsecured | 331.29 | 331.29 | 331.29 | $0.00 | $0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 202.56 | 202.56 | 202.56 | $0.00 | $0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 112.33 | 113.94 | 113.94 | $0.00 | $0.00 |
| CENTERPOINT MEDICAL CENTER | Unsecured | NA | 90.00 | 90.00 | $0.00 | $0.00 |
| DEPT OF SOCIAL SERVICES | Unsecured | 939.00 | NA | NA | $0.00 | $0.00 |
| GE MONEY BANK | Unsecured | 155.00 | NA | NA | $0.00 | $0.00 |
| HC PROCESSING CENTER | Unsecured | 370.05 | 370.05 | 370.05 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 673.10 | 673.10 | $0.00 | $0.00 |
| KANSAS CITY POWER AND LIGHT | Unsecured | NA | 406.01 | 406.01 | $0.00 | $0.00 |
| KWIK AUTO FINANCE | Secured | 9,995.00 | 9,214.34 | 9,214.34 | $4,150.77 | $1,354.46 |
| LVNV FUNDING LLC | Unsecured | NA | 931.63 | 931.63 | $0.00 | $0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 228.44 | 228.44 | $0.00 | $0.00 |
| MERITRUST CREDIT UNION | Unsecured | 10,572.98 | 8,929.48 | 8,929.48 | $0.00 | $0.00 |
| MIDLAND FUNDING LLC | Unsecured | 614.73 | 614.73 | 614.73 | $0.00 | $0.00 |
| MIDLAND FUNDING LLC/MIDLAND ( | Unsecured | 951.31 | 951.31 | 951.31 | $0.00 | $0.00 |
| MISSOURI DEPARTMENT OF REVENL | Unsecured | 582.92 | 549.91 | 549.91 | $0.00 | $0.00 |
| MONTGOMERY WARD | Unsecured | 2,700.00 | 2,772.08 | 2,772.08 | $0.00 | $0.00 |
| NPRTO MID-WEST LLC | Unsecured | 700.00 | 1,152.10 | 1,152.10 | $0.00 | $0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 2,098.08 | 2,098.08 | 2,098.08 | $0.00 | $0.00 |
| QUEST DIAGNOSTICS | Unsecured | 13.00 | NA | NA | $0.00 | $0.00 |
| QUICKEN LOANS INC | Secured | 53,690.00 | 52,319.34 | 52,319.34 | $10,083.84 | $0.00 |
| QUICKEN LOANS INC | Secured | 3,754.00 | 3,062.29 | 3,062.29 | $0.00 | $0.00 |
| QUICKEN LOANS INC | Secured | NA | 650.00 | 400.00 | $0.00 | $0.00 |
| QUICKEN LOANS INC | Secured | 438.52 | 460.45 | 460.45 | $0.00 | $0.00 |
| SPRINT | Unsecured | 340.00 | NA | NA | $0.00 | $0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST JOSEPH MEDICAL CENTER | Unsecured | 300.00 | NA | NA | $0.00 | $0.00 |
| STONEBERRY | Unsecured | NA | 480.13 | 480.13 | $0.00 | $0.00 |
| TIME WARNER CABLE | Unsecured | 409.00 | NA | NA | $0.00 | $0.00 |
| UMB BANK NA | Unsecured | 12,857.00 | 15,923.27 | 15,923.27 | $0.00 | $0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $52,319.34 | $10,083.84 | $0.00 |
| Mortgage Arrearage | $3,522.74 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,214.34 | $4,150.77 | $1,354.46 |
| All Other Secured | $400.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$65,456.42** | **$14,234.61** | **$1,354.46** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$37,623.77** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,960.93 |
| Disbursements to Creditors | $15,589.07 |
| | |
| **TOTAL DISBURSEMENTS :** | **$19,550.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/06/2021                            By: /s/ Richard V. Fink Trustee
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**